IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RONNIE L. WHITE, JR.,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,
Newman

    Defendant.

Case No. 3:13-cv-173

District Judge Walter H. Rice
Magistrate Judge Michael J.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. #11)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on November 6, 2013 (Doc. #11) is **ADOPTED** in full;

2. The case is **DISMISSED** for lack of prosecution, and **TERMINATED** on the docket of this Court.

November 26, 2013

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT